IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARREN LAVON SMILEY, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv230-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, Warden, | ) | |
| et al., | ) | |
| | ) | |
|     Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed because petitioner has failed either to pay the filing fee or to file the necessary affidavit to proceed in forma pauperis. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of August, 2019.

                                  /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**